NUMBER 13-01-158-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________________


DE LOS THOMPSON, Appellant,


v.



WILLIAM MONJE AND ALICIA MONJE, Appellees.

________________________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Hinojosa and Rodriguez


Opinion Per Curiam


 Appellant, DE LOS THOMPSON, perfected an appeal from a judgment entered
by the 92nd District Court of Hidalgo County, Texas, in cause number C-4760-95-A. 
After the record and briefs were filed and after the cause was submitted to the Court,
the parties filed a motion to dismiss the appeal. In the motion, the parties state that
this case has been resolved. The parties request that this Court dismiss the appeal
and that costs of appeal be taxed against the party incurring same.

 The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint 
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 29th day of August, 2003.